William Metzger et al. v. Alexander P. Wooldridge.

99    283
a197s  362

1.  JUDGMENTS—*Amendments of Records, etc.*—In this case the same questions arise as in the case of Metzger v. Morley, *ante*, p. 280.

Assumpsit.—Appeal from the Circuit Court of De Witt County; the Hon. WILLIAM G. COCHRANE, Judge, presiding.   Heard in this court at the May term, 1901.   Affirmed.   Opinion filed December 10, 1901.

A. E. DeMange, attorney for appellants;  George K. Ingham, of counsel.

V. Warner, attorney for appellee.

OPINION PER CURIAM.

This case is like the Metzger et al. v. Morley case, decided at this term of court, and the judgment will be affirmed, for the reasons set forth in the opinion filed in that case. Judgment affirmed.